**GT** GreenbergTraurig

ACCEPTED
15-25-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 10:14 AM
CHRISTOPHER A. PRINE
CLERK

Dale Wainwright, Co-Chair
National Appeals & Legal Issues
Tel 512.320.7226
Fax 512.320.7210
dale.wainwright@gtlaw.com

August 25, 2025

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/25/2025 10:14:50 AM
CHRISTOPHER A. PRINE
Clerk

Mr. Christopher A. Prine     *Via Electronic Filing*
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:    Cause No. 15-25-00109-CV, *Storable, Inc.; et al. v. SafeLease Insurance Services, LLC*

Cause No. 15-25-00020-CV, *Storable, Inc.; et al. v. SafeLease Insurance Services, LLC*

Dear Mr. Prine:

Pursuant to the Court's letter dated August 11, 2025, please be advised that the undersigned and Justin Bernstein will present oral argument on behalf of Appellants/Relators in the above-referenced causes consolidated for oral argument on September 24, 2025.

Regards,

*Dale Wainwright*

Dale Wainwright
*Counsel for Appellants/Relators*

cc: All Counsel of Record

**Greenberg Traurig, LLP | Attorneys at Law**

300 West 6th Street | Suite 2050 | Austin, TX 78701 | T +1 512.320.7200 | F +1 512.320.7210

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. Nashville. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

Operates as: ˜Greenberg Traurig Germany, LLP; *A separate UK registered legal entity; *Greenberg Traurig, S.C.; ᴿGreenberg Traurig Santa Maria; ᵒᵒGreenberg Traurig LLP Foreign Legal Consultant Office; ^A branch of Greenberg Traurig, P.A., Florida, USA; ᴮGT Tokyo Horitsu Jimusho; ˜Greenberg Traurig Grzesiak sp.k.

www.gtlaw.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sylvia Dominguez on behalf of Dale Wainwright
Bar No. 49
sylvia.dominguez@gtlaw.com
Envelope ID: 104783614
Filing Code Description: Letter
Filing Description: Ltr RE Oral Argument
Status as of 8/25/2025 10:22 AM CST

Associated Case Party: Safelease Insurance Services, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Susanna Allen | 24126616 | sallen@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Delonda Dean | | ddean@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Yetter Coleman | | efile@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Adam Locke | 24083184 | adam@lockelaw.com | 8/25/2025 10:14:50 AM | SENT |
| Courtney Smith | | csmith@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Rosalinda Luna | | rosie@stonehilton.com | 8/25/2025 10:14:50 AM | SENT |
| Judd Stone | | Judd@stonehilton.com | 8/25/2025 10:14:50 AM | SENT |
| Christopher Hilton | | chris@stonehilton.com | 8/25/2025 10:14:50 AM | SENT |
| R. Paul Yetter | | pyetter@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Susanna Allen | | sallen@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Luke A.Schamel | | lschamel@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Shannon Smith | | ssmith@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Julia Risley | 24132932 | jrisley@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Alyssa Smith | | asmith@yettercoleman.com | 8/25/2025 10:14:50 AM | SENT |
| Cody Coll | | cody@stonehilton.com | 8/25/2025 10:14:50 AM | SENT |
| Justin Bernstein | | bernsteinju@gtlaw.com | 8/25/2025 10:14:50 AM | SENT |
| Dale Wainwright | | dale.wainwright@gtlaw.com | 8/25/2025 10:14:50 AM | SENT |